USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Clifton C. Williams, IV |
| **CASE #:** | 3:21-cv-712-BJB |
| **STYLE OF CASE:** | Williams v. Louisville Metropolitan Government, et al. |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 12/2/2021 |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**PRISON TRUST ACCOUNT STATEMENT. You must file a certified copy of your jail/prison trust account statement for the six (6) month period preceding filing of the application to proceed without prepayment of fees.** *(See 28 U.S.C. § 1915(a)(2))*

**YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT.</u>**

Octavian Williams
460 S. 6th St HSC-D2
Louisville, KY 40202

U.S. District Court
Rm 127 Federal Building
501 Broadway
Paducah, Ky 42001

RECEIVED
JAMES J. VILT, JR. - CLERK
DEC 20 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LOUISVILLE KY 400
16 DEC 2021 PM 1 L